**INTEGRATED LOGISTICS SUPPORT
SYSTEMS INTERNATIONAL,
INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–
Cross Appellant.**

**No. 00–5138, 01–5003.**

United States Court of Appeals,
Federal Circuit.

June 6, 2002.

Before MICHEL, Circuit Judge,
PLAGER, Senior Circuit Judge, and
RADER, Circuit Judge.

### *Judgment*

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.